THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAVERLY CORPORATION, Appellant, v. JAMES J. SEXTON and Others, Respondents.— Final orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAVERLY CORPORATION, Appellant, v. JAMES J. SEXTON and Others, Respondents.— Order reversed, without costs, writ sustained, and assessment on lot 26, block 844, section 3, for the year 1932 reduced from $440,000 to $417,535, upon the ground that even

the defendants' evidence established that the final assessment was excessive to this extent. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.